

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00078-CV

**CODY TEXAS, L.P.**,
Appellant

v.

**BPL EXPLORATION, LTD.**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 8,665
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, we reverse the trial court's summary judgment. We render judgement denying BPL's motion for summary judgment and granting Cody Texas's motion for summary judgment. In so doing, we render judgment granting Cody Texas's bill of review and remand for proceedings consistent with this opinion.

SIGNED December 14, 2016.

_____
Jason Pulliam, Justice